```
 1  STEPHEN J. HIRSCHFELD (SBN 118068)
    ZACHARY P. HUTTON (SBN 234737)
 2  CURIALE DELLAVERSON
      HIRSCHFELD & KRAEMER, LLP
 3  727 Sansome Street
    San Francisco, CA 94111
 4  Telephone: (415) 835-9000
    Facsimile: (415) 834-0443
 5
    Attorneys for Defendants
 6  NORCAL WASTE SYSTEMS OF SAN JOSE,
    INC.
 7
```

**FILED**

2007 JUL -3 A 11: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

#8
Fees Pd
@ NP

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

C 07  03471  RS

| | |
|---|---|
| JAMES ALLEN SMITH, JIMMY DALE YOUNG, and THOMAS DON FORD,<br><br>Plaintiffs,<br><br>vs.<br><br>NORCAL WASTE SYSTEMS OF SAN JOSE, INC., SANITARY TRUCK DRIVERS AND HELPERS UNION; LOCAL 350, and DOES 1 through 50,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 & 1441(B)**<br><br>**BY FAX** |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Defendant NORCAL WASTE SYSTEMS OF SAN JOSE, INC. ("Defendant") hereby removes to this Court the state court action described below.

1. On December 28, 2006, an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled James Allen Smith, Jimmy Dale Young, and Thomas Don Ford, Plaintiffs vs. Norcal Waste Systems of San Jose, Inc., Sanitary Truck Drivers and Helpers Union, Local 350, Defendants, as case number 1-06-CV077276. A

---

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 & 1441(A)
CASE NO.: 1-06-CV-077276

3346465

1  true and correct copy of the Complaint and Summons is attached hereto as Exhibit A.

2      2.      Defendant was personally served with a copy of the Complaint and Summons on June 5, 2007, as evidenced by the Declaration of Julie Bertani-Kiser filed concurrently herewith.

    3.      Defendant files this Notice of Removal within 30 days after receipt, by service or otherwise, of the Summons and Complaint. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

    4.      The Complaint and Summons together constitute all of the process, pleadings and orders to date in the state action described in Paragraph 1 above.

    5.      All other defendants who have been served with the Summons and Complaint have joined in this Notice of Removal, as evidenced by the Declaration of Zachary P. Hutton filed concurrently herewith.

## JURISDICTION

    6.      This action is a civil action over which this court has original jurisdiction under 28 U.S.C. § 1331, and one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b), in that it is a civil action founded on a claim or right arising under the laws of the United States. All four causes of action in the Complaint arise under federal law because they are completely preempted by Section 301 of the National Labor Relations Act, 29 U.S.C. § 185, *et seq. Allis-Chalmers v. Lueck*, 471 U.S. 202, 215 (1985); *Young v. Anthony's Fish Grottos, Inc.*, 830 F.2d 993, 997-998 (9th Cir. 1987).

Dated: July 3, 2007

    CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: _____
Stephen J. Hirschfeld
Zachary P. Hutton

Attorneys for Defendants
NORCAL WASTE SYSTEMS OF SAN JOSE, INC.

2
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 & 1441(A)
CASE NO.: