STEPHEN J. HIRSCHFELD (SBN 118068)
ZACHARY P. HUTTON (SBN 234737)
CURIALE DELLAVERSON
   HIRSCHFELD & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendants
NORCAL WASTE SYSTEMS OF SAN JOSE, INC.

FILED
2007 JUL -3 A 11: 39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES ALLEN SMITH,
JIMMY DALE YOUNG, and
THOMAS DON FORD,

    Plaintiffs,

vs.

NORCAL WASTE SYSTEMS OF SAN JOSE, INC., SANITARY TRUCK DRIVERS AND HELPERS UNION, LOCAL 350, and DOES 1 through 50,

    Defendants.

Case No. C07 03471 RS

DECLARATION OF ZACHARY P. HUTTON IN SUPPORT OF DEFENDANT NORCAL WASTE SYSTEMS OF SAN JOSE, INC.'S NOTICE OF REMOVAL

BY FAX

I, ZACHARY P. HUTTON, declare as follows:

1.    I am an attorney admitted to practice in the State of California and before this Court. I am an associate at Curiale Dellaverson Hirschfeld & Kraemer, LLP, attorneys of record for Defendant Norcal Waste Systems of San Jose, Inc. I have personal knowledge of the facts stated herein, and could and would testify competently thereto, if called upon to do so.

2.    Teague Patterson of Beeson, Tayer & Bodine, attorneys for co-Defendant Sanitary Truck Drivers and Helpers Union, Local 350, has authorized our firm to remove this action to federal court and joins in Norcal Waste's Systems of San Jose Inc.'s Notice of Removal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July, 2007 at San Francisco, California.

*Zachary P. Hutton*