```
STEPHEN J. HIRSCHFELD (SBN 118068)              FILED
ZACH P. HUTTON (SBN 234737)
CURIALE DELLAVERSON                             2007 JUL -3  A 11: 39
  HIRSCHFELD & KRAEMER, LLP
727 Sansome Street                              RICHARD W. WIEKING
San Francisco, CA 94111                               CLERK
Telephone: (415) 835-9000                       U.S. DISTRICT COURT
Facsimile: (415) 834-0443                       NO. DIST. OF CA. S.J.

Attorneys for Defendants
NORCAL WASTE SYSTEMS OF SAN JOSE,
INC.
                                        E-FILING

            UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

                  SAN JOSE DIVISION
                                C07 03471  RS
```

JAMES ALLEN SMITH,
JIMMY DALE YOUNG, and
THOMAS DON FORD,

Case No. 1-06-CV-077276

**DECLARATION OF JULIE BERTANI-KISER IN SUPPORT OF DEFENDANT NORCAL WASTE SYSTEMS OF SAN JOSE, INC.'S NOTICE OF REMOVAL**

Plaintiffs,

BY FAX 

vs.

NORCAL WASTE SYSTEMS OF SAN JOSE, INC., SANITARY TRUCK DRIVERS AND HELPERS UNION, LOCAL 350, and DOES 1 through 50,

Defendants.

I, JULIE BERTANI-KISER, declare as follows:

1.  I am a Vice President of Human Resources for Norcal Waste Systems, Inc. In that capacity, I oversee civil employment litigation for Norcal Waste Systems of San Jose, Inc. I have personal knowledge of the facts stated herein, and could and would testify competently thereto, if called upon to do so.

2.  On June 5, 2007, I accepted personal service of the Complaint filed in this matter by Plaintiffs James Allen Smith, Jimmy Dale Young, and Thomas Don Ford. Norcal Waste Systems of San Jose, Inc. had no notice of this lawsuit prior to the time that I accepted service of the

1  Complaint on June 5, 2007.
2  I declare under penalty of perjury that the foregoing is true and correct.
3  Executed this 2nd day of July 2007 at San Francisco, California.

*Julie Bertani-Kiser*