1  STEPHEN J. HIRSCHFELD (SBN 118068)
   ZACHARY P. HUTTON (SBN 234737)
2  CURIALE DELLAVERSON
      HIRSCHFELD & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA 94111
4  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
5
   Attorneys for Defendants
6  NORCAL WASTE SYSTEMS OF SAN JOSE,
   INC.
7

FILED

2007 JUL -3 A 11: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  JAMES ALLEN SMITH,
    JIMMY DALE YOUNG, and
13  THOMAS DON FORD,

14                  Plaintiffs,

15  vs.

16  NORCAL WASTE SYSTEMS OF SAN
17  JOSE, INC., SANITARY TRUCK
    DRIVERS AND HELPERS UNION,
18  LOCAL 350, and DOES 1 through 50,

19                  Defendants.

C07 03471                          PS

PROOF OF SERVICE IN SUPPORT OF
DEFENDANT NORCAL WASTE SYSTEMS
OF SAN JOSE, INC.'S NOTICE OF
REMOVAL

BY FAX

20
21
22
23
24
25
26
27
28

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE ISO NOTICE OF REMOVAL

3346764

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is **727 Sansome Street, San Francisco, California 94111**.

On July 3, 2007, I serve d the following documents:

- **CIVIL CASE COVER SHEET**

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 & 1441 (B);**

- **DECLARATION OF ZACHARY P. HUTTON IN SUPPORT OF DEFENDANT NORCAL WASTE SYSTEMS OF SAN JOSE, INC.'S NOTICE OF REMOVAL; AND**

- **DECLARATION OF JULIE BERTANI-KISER IN SUPPORT OF DEFENDANT NORCAL WASTE SYSTEMS OF SAN JOSE, INC.'S NOTICE OF REMOVAL**

on the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

**Via Personal Service**
Lyle W. Johnson, Esq.
Law Offices of Lyle W. Johnson
152 North Third Street, Suite 510
San Jose, CA 95112

**Via Personal Service**
Jeffrey E. Elliott, Esq.
Law Offices of Jeffrey E. Elliott
28 North First Street, Suite 500
San Jose, CA 95113

**Via Federal Express Delivery**
Teague P. Paterson Esq.
Beeson, Tayer & Bodine, P.C.
1404 Franklin Street
Fifth Floor
Oakland, CA 94612

☐   **Via U.S. Mail** -- By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **Via Messenger Delivery** -- By placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On July 3, 2007, I caused to be served via messenger the above-listed documents.

2

PROOF OF SERVICE ISO NOTICE OF REMOVAL

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    ☐    **Via Personal Delivery** -- By personally delivering the document(s) listed above to the
          person(s) at the address(es) set forth below.

2    ☒    **Via Express Mail Delivery** -- By placing the document(s) listed above in a sealed
3         envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the
          next business day following the date of consignment to the address(es) set forth below.

4

5    ☒    **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct, and
                          that I am employed at the office of a member of the bar of this Court at
                          whose direction the service was made.

6

7         Executed on July 3, 2007 at San Francisco, California.

8                                                                    _Patricia Brown_
                                                                     Patricia Brown

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

PROOF OF SERVICE ISO NOTICE OF REMOVAL