

1  STEPHEN J. HIRSCHFELD (SBN 118068)
   ZACHARY P. HUTTON (SBN 234737)
2  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA  94111
4  Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
5
   Attorneys for Defendant
6  Norcal Waste Systems of San Jose, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES ALLEN SMITH,                    | **Case No.  C 07-03471-RS**
   | JIMMY DALE YOUNG, and
12 | THOMAS DON FORD,                      | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST**
13 |            Plaintiff,                 | **FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
14 | vs.
15 | NORCAL WASTE SYSTEMS OF SAN
   | JOSE, INC., SANITARY TRUCK
16 | DRIVERS AND HELPERS UNION,
   | LOCAL 350, and DOES 1 through 50,
17
   |            Defendant.
18

19        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20        The undersigned party in the above-captioned civil matter hereby declines to consent to

21 the assignment of this case to a United States Magistrate Judge for trial and disposition and

22 hereby requests the reassignment of this case to a United States District Judge.

23 Dated: July 3, 2007                    CURIALE DELLAVERSON HIRSCHFELD
                                                       & KRAEMER, LLP
24
                                          By:         /s/ Zachary P. Hutton
25                                                  Stephen J. Hirschfeld
                                                    Zachary P. Hutton
26                                        Attorneys for Defendant
                                          Norcal Waste Systems of San Jose, Inc.
27

28

---

DECLINATION OF MAGISTRATE
CASE NO. C 07 03471 RS

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is **727 Sansome Street, San Francisco, California 94111**.

On July 3, 2007, I served the following document:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| Lyle W. Johnson, Esq.<br>Law Offices of Lyle W. Johnson<br>152 North Third Street, Suite 510<br>San Jose, CA  95112 | Jeffrey E. Elliott, Esq.<br>Law Offices of Jeffrey E. Elliott<br>28 North First Street, Suite 500<br>San Jose, CA  95113 |
| Teague P. Paterson Esq.<br>Beeson, Tayer & Bodine, P.C.<br>1404 Franklin Street<br>Fifth Floor<br>Oakland, CA  94612 | |

☒ **Via U.S. Mail** -- By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **Via Messenger Delivery** -- By placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On July 3, 2007, I caused to be served via messenger the above-listed documents.

☐ **Via Personal Delivery** -- By **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **Via Express Mail Delivery** -- By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLINATION OF MAGISTRATE
CASE NO. C 07 03471 RS

1  ☐ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 3, 2007 at San Francisco, California.

_____/s/ Patricia Brown_____
Patricia Brown

3

DECLINATION OF MAGISTRATE
CASE NO. C 07 03471 RS