1  TEAGUE P. PATERSON, SBN 226659
   **BEESON, TAYER & BODINE, APC**
2  1404 Franklin St., Fifth Floor
3  Oakland, CA 94612
   Telephone: 510/625-9700
4  Facsimile: 510/625-8275

5  Attorneys for Defendants TEAMSTERS LOCAL 350

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

| JAMES ALLEN SMITH, JIMMY DALY YOUNG, and THOMAS DON FORD, | Case No. C-07-03471 (RS) |
|---|---|
| Plaintiffs, | **APPEARANCE** |
| v. | |
| NORCAL WASTE SYSTEMS OF SAN JOSE, INC., SANITARY TRUCK DRIVERS AND HELPERS UNION, LOCAL 350, and DOES 1 through 50, | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Defendant SANITARY TRUCK DRIVERS AND HELPERS UNION, LOCAL 350.

    I certify that I am admitted to practice in this court.


Dated: July 3, 2007                    BEESON, TAYER & BODINE, APC


                                       By: _____
                                       TEAGUE P. PATERSON
                                       Attorneys for Defendant
                                       TEAMSTERS LOCAL 350


**APPEARANCE**
Case No. C-07-03471 (RS)
64903.doc