TEAGUE P. PATERSON, SBN 226659
**BEESON, TAYER & BODINE, APC**
1404 Franklin St., Fifth Floor
Oakland, CA 94612
Telephone: 510/625-9700
Facsimile: 510/625-8275

Attorneys for Defendants TEAMSTERS LOCAL 350

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALLEN SMITH, JIMMY DALY YOUNG, and THOMAS DON FORD,<br><br>Plaintiffs,<br><br>v.<br><br>NORCAL WASTE SYSTEMS OF SAN JOSE, INC., SANITARY TRUCK DRIVERS AND HELPERS UNION, LOCAL 350, and DOES 1 through 50,<br><br>Defendants. | Case No. C-07-03471 (RS)<br><br>**JOINDER BY DEFENDANT TEAMSTERS LOCAL 350 WITH FILING OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441(b) [FEDERAL QUESTION]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant SANITARY TRUCK DRIVERS AND HELPERS UNION LOCAL 350 ("TEAMSTERS LOCAL 350") hereby joins in all respects with Defendant NORCAL WASTE SYSTEMS OF SAN JOSE, INC. in its removal to this United States District Court of the similarly captioned State Court action filed in the Superior Court of California for Santa Clara County under case number 1:06-CV-077276. Defendant TEAMSTERS LOCAL 350 joins in the removal on the grounds described in the Notice of Removal filed with this Court on July 3, 2007.

Dated: July 3, 2007

Respectfully Submitted,

BEESON, TAYER & BODINE, APC

By: _____
TEAGUE P. PATERSON
Attorneys for Defendant
TEAMSTERS LOCAL 350