THIS IS TO CERTIFY THAT COPIES OF THIS CLERK'S NOTICE HAVE BEEN MAILED TO:

Stephen J. Hirschfeld
Kraemer & Sloan LLP
727 Sansome Street
San Francisco, CA 94111

Dated: July 6, 2007                                Richard W. Wieking, Clerk

                                                                                                           By:_____
                                                                                                           Martha Parker Brown,
                                                                                                             Courtroom Deputy