1  TEAGUE P. PATERSON, SBN 226659
   **BEESON, TAYER & BODINE, APC**
2  1404 Franklin Street, 5th Floor
3  Oakland, CA  94612
   Telephone:    510.625.9700
4  Facsimile:    510.625.8275
   Email:        tpaterson@beesontayer.com
5
6  Attorneys for Defendants TEAMSTERS LOCAL 350

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| JAMES ALLEN SMITH, JIMMY DALE YOUNG, and THOMAS DON FORD,<br><br>Plaintiffs,<br><br>v.<br><br>NORCAL WASTE SYSTEMS OF SAN JOSE, INC., SANITARY TRUCK DRIVERS AND HELPERS UNION, LOCAL 350 and DOES 1 through 50,<br><br>Defendants. | Case No. C-07-03471 (RMW)<br><br>**JOINDER IN DEFENDANT NORCAL WASTE SYSTEMS OF SAN JOSE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)**<br><br>Hearing Date:  August 17, 2007<br>Time:          9:00 a.m.<br>Courtroom:     6<br>Judge:         Hon. Ronald M. Whyte |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant SANITARY TRUCK DRIVERS AND HELPERS UNION LOCAL 350 ("TEAMSTERS LOCAL 350") hereby joins in all respects with Defendant NORCAL WASTE SYSTEMS in its Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Plaintiffs' Complaint. Defendant LOCAL 350 joins in the Motion to Dismiss on the grounds described in the Defendant NORCAL WASTE SYSTEMS' Motion and Notice of

///

---

JOINDER TO MOTION TO DISMISS FILED BY PLAINTIFF NORCAL
Case No. C-07-03471 (RMW)
64900.doc

1  Motion and the Memorandum of Points and Authorities in support thereof, filed with this Court
2  on July 6, 2007.

   Date:   July 6, 2007                    Respectfully submitted,

                                            BEESON, TAYER & BODINE, APC

                                  By:    /s/ Teague P. Paterson
                                          TEAGUE P. PATERSON
                                          Attorneys for Defendants
                                          TEAMSTERS LOCAL 350

**JOINDER TO MOTION TO DISMISS FILED BY PLAINTIFF NORCAL**
Case No. C-07-03471 (RMW)
64900.doc