CIV-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: 408/298-8262 | FOR COURT USE ONLY |
|---|---|---|
| LYLE W. JOHNSON, STATE BAR #071362<br>Attorney at Law<br>152 North Third Street, Suite 510<br>San Jose, CA 95112 | FAX NO.:<br>408/298-8010 | |

ATTORNEY FOR (Name): Plaintiffs

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIF.,
SAN JOSE DIVISION, 280 S. 1st Street, Rm. 2112, San Jose, CA 95113

PLAINTIFF/PETITIONER: JAMES ALLEN SMITH, et al.

DEFENDANT/RESPONDENT: NORCAL WASTE SYSTEMS OF SAN JOSE, et. al.

**NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE**
☐ Personal Injury, Property Damage, or Wrongful Death
  ☐ Motor Vehicle   ☐ Other
☐ Family Law
☐ Eminent Domain
☑ Other (specify): Breach of Contract

CASE NUMBER: C 07 03471

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the Request for Dismissal (Attach a copy completed by the clerk.)

Date: July 20, 2007

LYLE W. JOHNSON
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ /s/ Lyle W. Johnson
(SIGNATURE)

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 152 North Third Street, Suite 510, San Jose, CA 95112

2. ☑ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☑ I deposited the envelope with the United States Postal Service.
   b. ☐ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit: July 20, 2007
   d. Place of deposit (city and state): San Jose, CA
   e. Addressed as follows (name and address): Zachary P. Hutton, Esq., 727 Sansome St., San Francisco, CA 94111
   Teague P. Paterson, Esq., 1404 Franklin St., 5th Flr., Oakland, CA 94612
   Jeffrey E. Elliott, 28 N. First St., #500, San Jose, CA 95113

3. ☐ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by personally delivering copies to the person served as shown below:
   Name:       Date:       Time:       Address:

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: July 20, 2007

CYNTHIA NUNO
(TYPE OR PRINT NAME)

▶ /s/ Cynthia Nuno
(SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-120 [Rev. January 1, 2007]

**NOTICE OF ENTRY OF DISMISSAL
AND PROOF OF SERVICE**

Code of Civil Procedure § 581 et seq.;
Cal Rules of Court, rule 3.1390
www.courtinfo.ca.gov

www.accesslaw.com