CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| LYLE W. JOHNSON, ESQ., STATE BAR #071362<br>Attorney at Law<br>152 North Third Street, Suite 510<br>San Jose, CA 95112 | 408/298-8262<br>FAX NO.:<br>408/298-80__ | **FILED**<br>JUL 25 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

ATTORNEY FOR (Name): Plaintiffs

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION, 280 S. 1st Street, Rm. 2112, San Jose, CA 95113

PLAINTIFF/PETITIONER: JAMES ALLEN SMITH, et. al.

DEFENDANT/RESPONDENT: NORCAL WASTE SYSTEMS OF SAN JOSE, INC.

**REQUEST FOR DISMISSAL** — ORDER OF DISMISSAL
- [ ] Personal Injury, Property Damage, or Wrongful Death
- [ ] Motor Vehicle   [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [✓] Other (specify): Breach of Contract

CASE NUMBER: C 07 03471
Judge: Hon. Ronald M. Whyte

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (5) [✓] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: JUL 13 2007

LYLE W. JOHNSON
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ /s/ Lyle W. Johnson (SIGNATURE)

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶ _____ (SIGNATURE)

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)
3. [X] Dismissal entered as requested on (date): 7/25/07
4. [ ] Dismissal entered on (date): _____ as to only (name): _____
5. [ ] Dismissal **not** entered as requested for the following reasons (specify):
6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed   [ ] means to return conformed copy

Date: 7/25/07   ~~Clerk,~~ by Ronald M. Whyte, ~~Deputy~~
                          U.S. DISTRICT JUDGE

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Page 1 of 1
Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

www.accesslaw.com